

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00144-CV

**IN THE INTEREST OF L.R., III AND A.R. CHILDREN**,

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 15759A
Honorable Cathy Morris, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Irene Rios, Justice

Appellant's motion to dismiss attorney filed on October 27, 2017, is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court